BEFORE THE SECOND DIVISION, MAY 14, 1940

**No. 43705.**—Protests 941313–G, etc., of Hoyt Shepston & Sciaroni et al. (San Francisco).

Opinion by KINCHELOE, J. It was found that on the whole the proportion of the English and the Japanese printing in the books appears to be about the same as in the 1937 edition which was the subject of *Japanese-American News* v. *United States* (C. D. 76). The claim for free entry under paragraph 1630 was therefore overruled. Abstract 43275 also noted. The books in question were held dutiable at 15 percent under paragraph 1410. Protests sustained in part.

**No. 43706.**—Protests 13441–K, etc., of D. N. & E. Walter & Co. et al. (Seattle).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43707.**—Protests 5989–K, etc., of Bert Friedberg & Co. et al. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43708.**—Protests 718225–G, etc., of C. A. Auffmordt & Co. et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE THIRD DIVISION, MAY 14, 1940

**No. 43709.**—Protests 750834–G, etc., of Crosse & Blackwell, Inc., et al. (Baltimore).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.